**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTY WEBBER & COMPANY, on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DEERE & COMPANY,<br><br>*Defendant*. | Case No. 1:26-cv-05637<br><br>Judge Manish S. Shah |

**DEFENDANT DEERE & COMPANY'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b) and the Court's June 1, 2026 Order granting the parties' motion to set a briefing schedule (*see* Dkt. 26), Defendant Deere & Company ("Deere") hereby moves to dismiss Plaintiff Christy Webber & Company's complaint. In support of its Motion to Dismiss, Deere submits its Memorandum of Law, filed contemporaneously herewith, and incorporates the same as fully set forth herein.

WHEREFORE, Defendant Deere respectfully requests that the Court grants its Motion to Dismiss.

Dated: August 10, 2026

Respectfully submitted,

By: */s/ Lin W. Kahn*

John M. Majoras
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
jmmajoras@jonesday.com

Tiffany D. Lipscomb-Jackson
**JONES DAY**
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: (614) 281-3876
tdlipscombjackson@jonesday.com

Corey A. Lee
**JONES DAY**
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
calee@jonesday.com

Paxton J. Lozano (6339313)
**JONES DAY**
110 North Wacker, Suite 4800
Chicago, IL 60606
Telephone: (312) 269-4121
plozano@jonesday.com

Lin W. Kahn
Matthew J. Silveira
Christina N. Fulponi
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
lkahn@jonesday.com
msilveira@jonesday.com
cfulponi@jonesday.com

*Counsel for Defendant Deere & Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/ Lin W. Kahn*
Lin W. Kahn
*Counsel for Defendant Deere & Company*